IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD., | ) |
|     Plaintiff, | ) Case No. 24-cv-3274 ) |
| v. | ) Judge Jeremy C. Daniel ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 201**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TOHO CO., LTD. hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 201 | Spacefire Store |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                                                Respectfully submitted,

Dated: July 17, 2024                      By:    s/Michael A. Hierl

                                                                Michael A. Hierl (Bar No. 3128021)
                                                                 William B. Kalbac (Bar No. 6301771)
                                                                Robert P. McMurray (Bar No. 6324332)
                                                                John Wilson (Bar No. 6341294)
                                                                Hughes Socol Piers Resnick & Dym, Ltd.
                                                                Three First National Plaza
                                                                70 W. Madison Street, Suite 4000
                                                                Chicago, Illinois 60602
                                                                (312) 580-0100 Telephone
                                                                mhierl@hsplegal.com
                                                                Attorneys for Plaintiff
                                                                TOHO CO., LTD.

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 17, 2024.

                                               s/Michael A. Hierl